# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2167
LT Case No. 2022-MM-002892-A

_____

STATE OF FLORIDA,

Appellant,

v.

SHEYLA MARIE ROJAS,

Appellee.

_____

On appeal from the County Court for Lake County.
Sarah Jones, Judge.

Ashley Moody, Attorney General, Tallahassee, and Kristen L.
Davenport, Assistant Attorney General, of Office of the
Attorney General, Daytona Beach, for Appellant.

No Appearance for Appellee.

December 12, 2023

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., WALLIS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____